# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 08-780V
### (Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                      *
Mr. and Mrs. CHARLIE JACOBS,          *
as parents and legal representatives  *
of M.A.J., a minor,                   *
                                      *
                Petitioners,          *
                                      *        Filed:  January 29, 2015
        v.                            *
                                      *        Decision on Attorneys'
SECRETARY OF HEALTH AND               *        Fees and Costs
HUMAN SERVICES                        *
                                      *
                Respondent.           *
                                      *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DECISION (ATTORNEY FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] I issued a decision on June 13, 2014.  On January 28, 2015, the parties filed a Stipulation Regarding Final Attorneys' Fees and Litigation Costs in this matter.  The parties' stipulation requests a total payment of $23,590.50, representing attorneys' fees and costs of $23,260.00, and $330.50 of costs expended by petitioners.

An award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1).  Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

- a lump sum of $23,260.00, in the form of a check payable jointly to petitioners and petitioners' counsel, Clifford J. Shoemaker, on account of services performed by counsel's law firm.

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2006).

- a lump sum of $330.50, in the form of a check payable to petitioners, which represents petitioners' own litigation expenses in this case.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.